**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: ROBERT GORHAM  CASE NO. 8:08-CIV-1158-T-17-TGW

_____/

**ORDER DISMISSING CASE**

This cause is before the Court on the "emergency" petition for writ of removal filed by the movant Robert Gorham, which has been filed with personal identifiers included so that it may not be entered into the public record.  Essentially, the movant seeks to remove to this Court his on-going custody case which has been proceeding in the Florida state courts.  It is clear that the Court has no jurisdiction to hear the matter the movant seeks to remove here. "Federal district courts do not have jurisdiction over an action alleging that ... a state court child custody proceeding violates a person's federal constitutional rights..." 32A Am.Jur. 2d Federal Courts § 807.  Accordingly, it is

**ORDERED** that the cause of action be **dismissed for lack of jurisdiction**, the emergency petition be returned to the movant and stricken from this record so that the personal identifiers are protected.  The movant is directed to file a redacted copy of the petition within fifteen days of this order.  The Clerk of Court is **ordered** to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 18th day of June, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record